**Nos. 14-2178, 14-2181 (cons.)**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**In re:  National Heritage Foundation, Incorporated**, Debtor.

_____

**Jonathan D. Miller; Nye, Peabody, Stirling, Hale & Miller, LLP;
Daniel Joseph Schendzielos; Schendzielos & Associates, LLC,
John R. Behrmann; Nancy Behrmann,** Appellants

v.

**National Heritage Foundation, Inc.,** Appellee

_____

APPEALS FROM THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA, AT ALEXANDRIA
No. 1:14-cv-00859-LMB-TCB; No. 1:14-cv-00875-LMB-TCB

_____

**APPELLEE NATIONAL HERITAGE FOUNDATION, INC.'S
UNOPPOSED MOTION TO CORRECT CAPTION**

_____

Appellee National Heritage Foundation, Inc. ("NHF"), by its attorneys,

pursuant to Federal Rule of Appellate Procedure 27(a), respectfully moves the

Court to correct the Court's official caption in this appeal, and in support thereof

states as follows:

1.      This appeal arises out of an order of the United States District Court

for the Eastern District of Virginia, which awarded NHF sanctions under Federal

Rule of Bankruptcy Procedure 8020 against Appellants John R. Behrmann and

Nancy Behrmann and their attorneys and those attorneys' law firms for the filing

of a frivolous appeal of an order of the United States Bankruptcy Court for the Eastern District of Virginia, which, in turn, had imposed sanctions for Appellants' violation of its contempt order.  The parties to this appeal are John R. Behrmann; Nancy Behrmann; Jonathan D. Miller; Nye, Peabody, Stirling, Hale & Hiller LLP; Daniel Jospeh Schendzielos; and Schendzielos & Associates, LLC as Appellants, and NHF as Appellee.  There is no "creditor," trustee" or other "debtor" at issue.

2.      Nonetheless, the caption that the Court has used in its Orders in this appeal continues to have extraneous individuals and entities listed as parties to the appeal, along with certain other inaccurate information.

3.      For example, it lists Ms. Janet Ridgley as a "debtor."  Ms. Ridgley, who is an officer of NHF, is not a debtor and never has been.  Naturally, one who is not a debtor should not be held out as one.  Ms. Ridgely is not a party to this appeal.

4.      Others who are not parties to this appeal and improperly listed are the Official Committee of Unsecured Creditors of National Heritage Foundation, Inc., and Judy A. Robins, II, as Trustee.

6.      NHF therefore respectfully requests that this Court correct the caption.

**Local Rule 27(a) Certification:**  One of NHF's attorneys, David B. Goroff, has spoken with counsel for Appellants, John F. Bloss, who does not oppose the granting of this motion.

4833-4873-6800.2                                    2

WHEREFORE, NHF respectfully prays that the Court grant this motion and correct the caption to read as indicated in Exhibit A.

Dated: November 12, 2014                Respectfully submitted,


                                        /s/ *David B. Goroff*
                                        Erika L. Morabito
                                        Foley & Lardner LLP
                                        3000 K Street NW, Suite 600
                                        Washington, DC 20007
                                        Telephone:   (202) 672-5300
                                        Facsimile:   (202) 672-5399
                                        Email:       emorabito@foley.com

                                        David B. Goroff
                                        Foley & Lardner LLP
                                        321 North Clark Street, Suite 2800
                                        Chicago, IL 60654
                                        Telephone:   (312)832-4500
                                        Facsimile:   (312) 832-4700
                                        Email:       dgoroff@foley.com

                                        ATTORNEYS FOR APPELLEE
                                        NATIONAL HERITAGE FOUNDATION,
                                        INC.

4833-4873-6800.2                    3

## CERTIFICATE OF SERVICE

I hereby certify that, on the 12th day of November, 2014, I will

electronically file the foregoing with the Clerk of the Court using the CM/ECF

system, which will then send a notification of such filing (NEF) to the following:

John F. Bloss
Higgins Benjamin, PLLC
101 W. Friendly Ave., Ste. 500
Greensboro, NC  27401
Telephone:  (336)-273-1600
Facsimile:  (336)-274-4650
jbloss@greensborolaw.com

Daniel J. Schendzielos, Esq.
Colorado Trial Lawyers & Legal Services, LLC
8547 East Arapahoe Road, Suite J-534
Greenwood Village, CO 80112
Telephone:  (303) 330-1234
Facsimile:   (303) 957-2382
Email:        denverdaniel@gmail.com

Jonathan D. Miller
Nye, Peabody, Stirling, Hale & Miller
33 West Mission Street, Suite 201
Santa Barbara, CA  93101
Telephone:  (805) 963-2345
Facsimile:  (805) 563-5385
Email:        jonathan@nps-law.com

/s/ *David B. Goroff*
Erika L. Morabito
Foley & Lardner LLP
3000 K Street NW, Suite 600
Washington, DC 20007
Telephone:  (202) 672-5300
Facsimile:   (202) 672-5399
Email:        emorabito@foley.com

4833-4873-6800.2

# EXHIBIT A

4833-4873-6800.2

**Nos. 14-2178, 14-2181 (cons.)**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**In re:  National Heritage Foundation, Incorporated**, Debtor.

_____

**Jonathan D. Miller; Nye, Peabody, Stirling, Hale & Miller, LLP;
Daniel Joseph Schendzielos; Schendzielos & Associates, LLC,
John R. Behrmann; Nancy Behrmann,** Appellants

v.

**National Heritage Foundation, Inc.,** Appellee

_____

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA, AT ALEXANDRIA
No. 1:14-cv-00859-LMB-TCB; No. 1:14-cv-00875-LMB-TCB

_____

4833-4873-6800.2                          6